IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL<br>     *Plaintiffs,*<br>v.<br><br>BROADWAY INDUSTRIES, INC.,<br>     *Defendant.* | 1:25-cv-1213-MSN-WBP |

## ORDER

This matter comes before the Court on the January 21, 2026 Report and Recommendation of Magistrate Judge William B. Porter (ECF 14) regarding Plaintiffs' Motion for Default Judgment (ECF 9).

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that Judge Porter's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, the Court AFFIRMS the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (ECF 9) is GRANTED; and it is further

ORDERED that Plaintiff is awarded $124,601.67 consisting of Defendant's contributions, interest, and liquidated damages; and it is further

ORDERED that Plaintiff is awarded $3,904.65 in attorneys' fees and costs incurred in this action; and it is further

ORDERED that, within twenty (20) days of the date of the entry of this Order, Defendant will produce outstanding payroll records for the period of January 2019 through the present; and it is further

ORDERED that this civil action is dismissed in all other respects.

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record and Defendant at its last known address.

/s/
Michael S. Nachmanoff
United States District Judge

February 18, 2026
Alexandria, Virginia